UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID W LINDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:20-cv-00037-JPH-MJD |
| | ) |
| DEA ADMINISTRATOR, | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**

Mr. Linder has a filed a motion to correct error, dkt. 17, which the Court construes as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b), *see* dkt. 16.  Mr. Linder argues for the first time that he is bringing a First Amendment pre-enforcement challenge related to the religious use of controlled substances.  Dkt. 17 at 1.  Previously, he argued only that the DEA violated the law in its scheduling of controlled substances.  Dkt. 1; dkt. 3; dkt. 14; *see* dkt. 8; dkt. 15.  A motion for relief from judgment "may not be used to propound new legal theories that could have been raised prior to entry of judgment."  *Parvati Corp. v. City of Oak Forest, Ill.*, 630 F.3d 512, 516 (7th Cir. 2010).  Mr. Linder's motion is therefore **DENIED**.  Dkt. [17].  This case shall remain closed on the docket.

**SO ORDERED.**

Date: 9/18/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

DAVID W LINDER
25913-048
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808